2241 MOTION ON THE GROUNDS OF VIOLATION OF DUE PROCESS - RIGHTS AND ADMINISTRATIVE REMEDY PROCESS VIOLATIONS

RECEIVED CLERK, FLORENCE, SC
2022 APR 28 AM 10: 03

Case # 0:8-CR-450-T-33EAJ

I Deneil Campbell have writting to the D.O.J. Office for relief on Administrative Remedy. On 02-14-22, and I have received a response-back from the D.O.J. stating that my Greivence has been rejected due to the fact that I did not file a B-P 10 appeal to the region which is in-correct, and I have proof and copies of my B-P 10s that I filed to the region and I also have a copy of my Certified Mail Receipt showing that I sent this B-P 10 to the Region on 12-09-21 which I never got a respo-nse back from the Region from within the 30 days or more according to greivence rules is a response. So I went ahead and sent my copy of my B-P 10 attached to a B-P 11 to D.O.J. and explained tho them why I did not have the original copy, because the Region did not give me a response back. So either D.O.J. did not read the B-P 11 or they are using manipulative tactics to try and hider the grievence process of Blantly Disregard the rights to file against B.O.P..

I am writting this because I have been retalieted on by staff member - and I belive a knife was planted in my cell by this retaliation from Lt. Bstes and the sanction I received for the incident waw 41 days of good time, I am trying to get back returned to me, this is this greivence pr-ocess was all about. All copies and proof will be sent with this package to show that I exhausted all my administrative remedies process.  administrative remedies process.

Thank you for your time, Sincerely,

4.25-22

Campbell  50419-018