REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 18, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DENEIL TENASHEL CAMPBELL, 50419-018
      BENNETTSVILLE FCI    UNT: UNIT B    QTR: B21-119L
      696 MUCKERMAN ROAD
      BENNETTSVILLE, SC 29512

FCI BENNETTSVILLE
Warden's Office
APR 12 2022
Date Received

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1068550-A2     CENTRAL OFFICE APPEAL
DATE RECEIVED   : MARCH 3, 2022
SUBJECT 1       : DHO APPEAL - COMBINED (PROCEDURES, EVIDENCE & SANCTIONS)
SUBJECT 2       :
INCIDENT RPT NO: 3455750

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS        : NO RECORD IN SENTRY OF YOUR APPEALING IR 3455750,
                 FOR CODE 104 AT THE REGIONAL LEVEL.

**U.S. Department of Justice**                              **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Deneil - Campbell__  __30419019__  __B-2__  __FCI - Bennettsville__
         LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL  I am writting this because I have sent all my grievence's to Region, for over 2½ months I didn't get a response. I believe staff planted a knife in my cell. I wrote up the Lt. And since then staff has been retaliating against me. I have been targeted, and retaliated against by staff from Bennettsville F.C.I. Since the beginning of the pandemic I've been having symptoms of the virus such as vommitting blood, diarhea, nausea, and severe headaches when I pressed the emergency button on Nov. 28, 2020 at 4:00 A.M. And was brought to Lt. Bates when he told me to go back to the unit and drink water, because he wasn't sending anyone out for covid. And was told to stay in my cell until I was better. Soon after I wrote up Lt. Bates for denying me medical help. 5 days later my cell was searched, and they cameback with a planted knife because it was not something I would have. I accepted the shot because of staff retaliations. I wrote Region to notify them of my situation - see attached

__2-14-22__                                    __[signature] Campbell__
DATE                                              SIGNATURE OF REQUESTER

Part B - RESPONSE

lr # 3455750 ✓

code 104

hearing # 12-16-2020

RECEIVED
MAR 03 2022
Administrative ...
Federal Bur...

DATE                                              GENERAL COUNSEL
                                                  CASE NUMBER: __1068550-A2__
ORIGINAL: RETURN TO INMATE

Part C - RECEIPT
                                                  CASE NUMBER: _____

Return to: _____    _____    _____    _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                                        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
DATE
                                                                              BP-231(13)
UPN LVN                                                                       JUNE 2002

I was writting (sensitive). That was returned to me in Special Housing Unit which staff told me to come to them first. I had shown proof of retaliation towards me over medical treatment, they don't want region to know that they are using strategic, manipulative tactics to further deny me medical attention. While in Special Housing Unit I spoke to Warden Barnes, Captain Abdelaziz, S.I.S. Garnes, Lt. Davis, and Unit Manager Davis and still didn't get a response. I also believe I have H-pular. I need to be removed from this compound, somewhere that can accomodate my medical needs. Tommy... and I also need my 41 days returned to me because if the incedent report is not valid all sanctions are supposed to be lifted and I also have proof of further retaliation by the staff at Bennettsville F.C.I. I have asked counselor/unit manager for a copy of my incedent report and he told me where he could see where I got sanctioned but he could not see a report written by staff on the same Incedent report, which is manipulatory tactics and staff mis-conduct and I also have a copy of the "said" incedent to show that it has been tampered with. I also wrote the region and they have not sent me back a response and that is the reason I don't have the original evidence to present to you now because the region is holding on to them. I also have my tracking number to show that I sent it certified to the region. NEED HELP PLEASE

THANK YOU

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. Department of Justice**  Sensitive  **Regional Administrative Remedy Appeal**
Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Deneil - Campbell**  **50419-018**  **B-2**  **FCI-Bennettsville**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Retailation - I am writing this to show that I am targeted, and I have been retailated on by senior and lower level members of staff from Bennettsville FCI. From the beginning of the Covid-19 pandemic I have been showing all symptons of the virus as far as vomitting blood, diarrha, nausea, and severe headaches. I have pressed the emergency button on Nov. 28th 2020 at 4:00 a.m and I was brought to L.T. Bates whom told me to go back to the unit and drink water because he wasn't sending no one out for Covid-19 at Bennettsville FCI and I need to stay in my cell until I get better. Soon after I wrote up LT. Bates for him of denying me medical attention and 5 days after my cell was searched and a knife was placed there. I was placed in Special Housing Unit. The only reason I took the charge is because of fear of staff retailation. I wrote the region to get them aware of my situation that im being targeted by staff. The BP-10 I wrote to the region was tampered with by staff, with staff taking my letter (which has a United states Postal stamps) to the region → See Attach

12-9-221    *Campbell* (signature)
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

                                                                                B+P-10
_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C - RECEIPT**
                                                                    CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Attachment

that was writing (Sensitive). That was returned to me in Special Housing Unit which staff told me to come to them first. And that shows proof of retailation towards me over medical treatment because they don't want region to know that they are using strategic manipulatory tactics to futher deny me medical attention. While in Special Housing Unit I spoke to warden Barnes, Captain Abdelaziz, S.I.S. Gomes, L.T., and unit manager Davis, and still didn't get no response or help from anyone. As we speak I been going through a medical emergency. I think I have H-porlar. I need to get removed from this Compound and ge to another Compound that can accomandate me some medical help. Please and thank you.

| BP-A0288 | **INCIDENT REPORT** | | |
|---|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | | |

**Part I - Incident Report**

| 1. Institution: **BENNETTSVILLE FCI** | | Incident Report Number: **3455750** | |
|---|---|---|---|
| 2. Inmate's Name **CAMPBELL, DENEIL** | 3. Register Number **50419-018** | 4. Date of Incident **12-05-2020** | 5. Time **1330 hrs** |
| 6. Place of Incident | 7. Assignment | 8. Unit | |
| 9. Incident | | 10. Prohibited Act Code(s) **104** | |

11. Description Of Incident
    (Date: _____  Time: _____  staff became aware of incident)














| 12. Typed Name/Signature of Reporting Employee | 13. Date And Time **12-05-2020 1430 hrs** | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | 15. Date Report Delivered | 16. Time Report Delivered |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                Replaces BP-S288.052

